

tom martino referral list

Sign in    Rewards

All    Images    Videos    Maps    News    Shop    |    My saves        Make Bing your

79,800 Results     Any time ▾

### Tom Martino Referral List | Hire Someone Else to Do It
www.homeadvisor.com/Local ▾
[Ad] Compare Multiple Top-Rated Contractors. Enter Your Zip & Find Pros Fast!
A+ Rating – Better Business Bureau

**Local Contractors**
Find Top-Rated Local Contractors!
Get Matched to Contractors Near You

**Bathroom Remodeler**
Find Your Bathroom Remodeler.
Get Free Bids From Contractors Now!

**Addition & Remodel Pros**
Find 5 Star Rated Local Pros.
Get Matched to a Contractor Today!

**Major Remodel Contractors**
Find Your Remodeling Expert.
Visit Us Today For Free Estimates.

**Summer Projects**
Get Your Spring Projects Done Right
With Help From Local Professionals!

**Home Addition Contractors**
Find Your Home Addition Expert.
Get Matched to Contractors Near You

### Home Page | Referrallist.com
https://referrallist.com ▾
The most trusted **list** of pre-screened & monitored professionals, contractors & service providers. What are you looking for? Keyword for search. where . Search . MOST POPULAR CATGORIES . AROUND THE HOUSE (157) ... 303-627-8466 (303-**Martino**) Follow Us . Facebook ; Linkedin ; Twitter ; Instagram ;



AROUND THE HOUSE (157)     COMPUTERS, ELECTRONICS TECHNOLOGY (4)     HEALTH, BEAUTY FITNESS (10)     MOTOR VEHICLES (34)

### Tom Martino's Referral List - Home | Facebook
https://www.facebook.com/referralist ▾
Become Your Own Banker. Learn About This Amazing Retirement Account with Guaranteed Returns That Are Tax Free.

### Tom Martino - Wikipedia
https://en.wikipedia.org/wiki/Tom_Martino ▾
**Martino** operates the "Troubleshooter **Referral List**," a **list** of businesses endorsed by him. In order to be a member of the **Referral List**, ... On September 2, 2011, **Tom Martino** filed for Chapter 7 bankruptcy, He had borrowed heavily to invest in real estate, and …

**Residence:** Denver, Colorado, US     **Occupation:** Broadcast Artist "The Troubleshoote…
**Years active:** 1974–present     **Born:** 1953

Radio career · Businessman

### Troubleshooter Network | Referral List | LinkedIn
https://www.linkedin.com/company/troubleshooter-network
**Tom**'s **Referral List** has become Colorado's most utilized and respected "**list**" of reliable merchants, contractors and service providers. All members are extensively background checked and continually monitored for adherence to **Tom**'s strict code of ethics and conduct.

### Tom Martino's Referral List - Posts | Facebook
https://www.facebook.com/referralist/posts ▾
**Tom Martino**'s **Referral List** · July 27 at 12:48 PM · It IS MISSION IMPOSSIBLE to expect a "captive insurance agent" to have your best interest at heart when shopping for insurance.

### Tom Martino and the Troubleshooter Network Referral List …
besthandsroofingcoloradosprings.com/**tom-martino**-troubleshooter… ▾
**Tom**'s **Referral List** has become Colorado's most utilized and respected "**list**" of reliable merchants, contractors and service providers. All members are extensively background checked and continually monitored for adherence to **Tom**'s strict code of ethics and conduct.

EXHIBIT E

### Tom Martino Referral List | Search and Find
**kensaq.com**/Information/Tom Martino Referral List

Ad  Find **Tom Martino Referral List** Now at Kensaq.com!

Search for Info · Find Quick Results · Discover More Results · Easy to Use

### Tom Martino Referral List | Hire Someone Else to Do It
**www.homeadvisor.com**/Local

Ad  Compare Multiple Top-Rated Contractors. Enter Your Zip & Find Pros Fast!

A+ Rating – Better Business Bureau

Local Contractors · Bathroom Remodeler · Addition & Remodel Pros

#### Related searches for tom martino referral list

| | |
|---|---|
| tom martino **the troubleshooter** | **troubleshooter** |
| tom **holly** martino **divorce** | tom martino referral list **insurance** |
| **troubleshooter** referral list | **troubleshooter for windows 10** |
| tom martino **podcast** | tom martino **facebook live** |

‹  1  2  3  4  5  ›